■ In the Matter of GREGORY FULLER, Petitioner, v LESLIE CROCKER SNYDER et al., Respondents. [739 NYS2d 271] —Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied, the cross motion granted and the petition dismissed, without prejudice to raising same or similar claims on direct appeal from judgment of conviction, if any, without costs or disbursements. No opinion. Concur—Williams, P.J., Saxe, Lerner, Rubin and Marlow, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. TERRENCE M. MCSHANE, Admitted on October 1, 1984, at a Term of the Appellate Division, First Department. [740 NYS2d 191] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. [See 247 AD2d 158.] Concur—Mazzarelli, J.P., Saxe, Rosenberger, Ellerin and Marlow, JJ.